UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 4:25-CR-105 |
| v. | : | |
| MISAEL GARCIA-DIAZ | : | (CHIEF JUDGE BRANN) |
| | : | (electronically filed) |

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
(Illegal Reentry)
8 U.S.C. § 1326(a)

On or about February 6, 2025, in Tioga County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

MISAEL GARCIA-DIAZ,

an alien, was found in the United States after having been removed on or about April 22, 2014, through Brownsville, Texas, without first having obtained permission to re-enter the United States as required by law.

All in violation of Title 8, United States Code, Sections 1326(a), and Title 6, United States Code, Sections 202(3) and (4) and 557.

A TRUE BILL

FOREPERSON, GRAND JURY

JOHN C. GURGANUS  
ACTING UNITED STATES ATTORNEY

4-8-2025  
DATE

/s/ Geoffrey MacArthur By,  
GEOFFREY W. MacARTHUR  
ASSISTANT U.S. ATTORNEY